5/11/23, 3:35 PM    Case 3:23-cv-00300-TSL-RPM    Ninth Circuit Court District Docket Report    Page 1 of 13
Document 3    Filed 05/11/23

Pending_Fee

# Mississippi Electronic Courts
## Ninth Circuit Court District (Warren Circuit Court)
### CIVIL DOCKET FOR CASE #: 75CI1:23-cv-00044

SANDERS v. WAL-MART STORES EAST, LP D/B/A WAL-MART STORE 708 et al
Assigned to: Toni Walker Terrett

Date Filed: 04/12/2023
Current Days Pending: 29
Total Case Age: 29
Jury Demand: None
Nature of Suit: Premises Liability (187)

**Upcoming Settings:**

None Found

**Plaintiff**
HARVEY SANDERS                              represented by  Toby Justin Gammill
                                                            Derek L. Hall P.C.
                                                            370 Towne Center Blvd
                                                            RIDGELAND, MS 39157
                                                            601-202-2222
                                                            Fax: 601-981-4717
                                                            Email: toby@gammill-law.com
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**
WAL-MART STORES EAST, LP D/B/A WAL-MART STORE 708

**Defendant**
JOHN DOES 1-3

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2023 | 1 | COMPLAINT against JOHN DOES 1-3, WAL-MART STORES EAST, LP D/B/A WAL-MART STORE 708, filed by HARVEY SANDERS. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt,) (Stevens, Kelly) (Entered: 04/13/2023) |
| 04/12/2023 | 2 | SUMMONS Issued to WAL-MART STORES EAST, LP D/B/A WAL-MART STORE 708. (Stevens, Kelly) (Entered: 04/13/2023) |
| 04/19/2023 | 3 | SUMMONS Returned Executed by HARVEY SANDERS. *Re:* ** 2 SUMMONS Issued to WAL-MART STORES EAST, LP D/B/A WAL-MART STORE 708. (Stevens, Kelly)** WAL-MART STORES EAST, LP D/B/A WAL-MART STORE 708 served on 4/13/2023, answer due 5/13/2023.Service type: Personal (Gammill, Toby) (Entered: 04/19/2023) |

## IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HARVEY SANDERS**                                                                     **PLAINTIFF**

V.                                                  CIVIL ACTION NO. 23,0044-CI

**WAL-MART STORES EAST, LP**
**D/B/A WAL-MART STORE 708,**
**and JOHN DOES 1-3**                                                                 **DEFENDANT**

### COMPLAINT

### JURY TRIAL DEMANDED

COMES NOW, the Plaintiff, by and through undersigned counsel, and files this Complaint against the Defendant, and in support of her cause of action for damages, and would respectfully show unto this Court the following:

### PARTIES

1. Plaintiff Kenneth Hammond is an adult resident citizen of Warren County, Mississippi.

2. The Defendant Wal-Mart Stores East, LP, d/b/a Wal-Mart Store 708, is a foreign business corporation licensed to do business, and doing business, in the state of Mississippi, which may be served process by its registered agent C.T. Corporation System at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232

3. John Does 1-3 are fictitious parties whose true names and capacities, whether individual, corporate, associate, or otherwise, are unknown to the Plaintiff, and therefore who are sued by such fictitious names. The Plaintiff alleges that the fictitious Defendant(s) owned, and/or controlled the premises on which the incidents alleged herein took place, and/or were employed by Wal-Mart Stores, Inc., and caused or contributed to the incidents giving rise to this Complaint.

**FILED**
**APR 12 2023**
JAN HYLAND DAIGRE, CIRCUIT CLERK
BY _____ D.C.

## JURISDICTION

4.      This court possesses in personam as well as subject matter jurisdiction over this civil action as the Defendants own property and conduct regular business in both Warren County and the larger state of Mississippi, and the amount in controversy is within the statutory threshold amount.

## VENUE

5.      Under Miss. Code Ann. § 11-11-9 (2013) venue properly lies in the Circuit Court of Warren County, Mississippi, as the Defendants conduct business in Warren County, and the events giving rise to this cause of action occurred or accrued in said county.

## FACTS

6.      Plaintiff incorporates the preceding paragraphs fully herein by reference.

7.      On December 23, 2021, Plaintiff was an invitee on the premises of the Walmart in Vicksburg, Mississippi, located at 2150 Iowa Blvd., Vicksburg, Mississippi, which held itself open to the public as a retail department, grocery, and warehouse store.  Upon information and belief, this store location was owned and operated by Wal-Mart Stores East, LP

While on the premises as an invitee, Plaintiff slipped and fell on the floor, suffering injury.  As a proximate result of slipping on the Defendants' property, Plaintiff sustained bodily injuries and damages.

## CAUSES OF ACTION

### I. Negligence

8.      Plaintiff incorporates the preceding paragraphs fully herein by reference.

9.      Defendants owed a duty to the Plaintiff as a business invitee to keep the Walmart store in a reasonable safe condition, or otherwise to warn the Plaintiff of unobvious dangerous

conditions of which the Defendants knew or should have known. Defendants breached the duty owed to the Plaintiff by, among other acts and omissions:

    A.    Failing to maintain a reasonably safe premises as to allow the safe use by its business invitees;

    B.    Creating and/or failing to detect a hazardous, unsafe condition on its premises which posed potential danger to its invitees;

    C.    Failing to properly place warning signs and/or other warning devices that would have alerted invitees of the hazardous conditions and potential dangers;

    D.    Failing to properly train and supervise its managers and/or employees;

    E.    Failing to properly staff and manage the Walmart store;

    F.    Failing to have policies and procedures in place to ensure the floors are cleaned in a manner that poses no unreasonable risk of danger to its invitees;

    G.    Failing to ensure that all Walmart policies and procedures related to cleaning and/or mopping the floors and placement of wet floor signs or other warnings were carried out and otherwise adhered to.

10. As a direct and proximate result of these and other of the Defendants' negligent acts and/or omissions, the Plaintiff suffered injury.

## II. Gross Negligence

11. Plaintiff incorporates the preceding paragraphs fully herein by reference.

12. The Defendants' conduct as described herein constitutes willful, reckless, wanton, and otherwise grossly negligent behavior. The conduct of all the Defendants rises to such a level that the Plaintiff is entitled to punitive and exemplary damages in a sufficient amount to punish and deter the Defendants, and others similarly situated, from engaging in such conduct in the future.

### III.  Respondeat Superior

13.    Plaintiff incorporates the preceding paragraphs fully herein by reference.

14.    All of the Defendants are liable for the negligent and/or intentional acts or omissions of their respective employees, agents, and assigns performed within the course and scope of their employment pursuant to the doctrine of respondeat superior.

### DAMAGES

15.    Defendants' breach of the aforementioned duties was a proximate and contributing cause and/or concurrent cause of the incident and the resulting injuries to the Plaintiff.

16.    As a further direct and proximate cause of Defendants' disregard for Plaintiff's safety and well-being and other negligent acts, Plaintiff suffered bodily injuries and incurred monetary damages.  These damages include, but are not limited to the following:

(a)    past/present/future medical expenses;

(b)    past/present/future physical pain and suffering;

(c)    past/present/future mental and emotional distress;

(d)    past/present/future lost wages; and/or

(e)    any other relief, which the Court or jury deems just or appropriate based upon the circumstances.

Respectfully submitted, this the ___ day of April, 2023.

HARVEY SANDERS, PLAINTIFF

By: _____
TOBY GAMMILL (MSB #100367)

OF COUNSEL:

Derek L. Hall (MSB# 10194)

Toby Gammill (MSB# 100367)
DEREK L. HALL, PC
370 Towne Center Blvd.
Ridgeland, Mississippi 39157
Telephone: (601) 202-2222
Facsimile: (601) 981-4717
Email: derek@dlhattorneys.com
Email: toby@dlhattorneys.com
*Attorneys for Plaintiff*

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

Court Identification Docket #: 75 9 CI
County #: 75  Judicial District: 9  Court ID (CH, CI, CO): CI

Case Year: 2023

Docket Number: 44 CI

Month/Date/Year: 04/12/23
*This area to be completed by clerk*

Case Number if filed prior to 1/1/94: ___

In the **Circuit** Court of **Warren** County — Judicial District ___

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form
Individual — Last Name: **Sanders**  First Name: **Harvey**  Maiden Name: ___  M.I.: ___  Jr/Sr/III/IV: ___

Address of Plaintiff: 2707 Oak Street, Vicksburg MS 39180
Attorney (Name & Address): Toby Gammill 370 Towne Center Blvd Ridgeland MS 39157  MS Bar No. 100309

Signature of Individual Filing: T. Gammill

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Business: Wal-Mart Stores East, LP d/b/a Wal-Mart Store 708

Attorney (Name & Address) - If Known: ___  MS Bar No.: ___

**Nature of Suit** (Place an "X" in one box only)

Torts:
[X] Premises Liability

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Warren County

HARVEY SANDERS VS WAL-MART STORES EAST, LP ET AL

Case # 23,0044-CI      Acct #        Paid By CHECK 1244         Rct# 91628

```
            CLERK FEE                                85.00
            JURY TAX                                  3.00
            COURT ADM                                 2.00
            COURT REPORTER                           10.00
            LAW LIBRARY                               2.50
            COURT CONSTITUENT                          .50
            STATE COURT ED                            2.00
            COMPR COURT FUND                         10.00
            CIVIL ASSIST FUND                         5.00
            JUDICIAL SYSTEM OPR                      40.00
            COURT ADM(LOCAL)                          2.00
            ARCHIVE FEE CIVIL                         1.00


                                          ===========
                                   Total  $   163.00
```

Payment received from Toby Gammill
                     Post Office Box 13429

                     Jackson         MS 39236

Transaction  107774 Received  4/13/2023 at  8:21 Drawer   1 I.D. KS

Current Balance Due          $0.00              Receipt Amount $    163.00


  By _____D.C.   Jan H. Daigre, Circuit Clerk


Case # 23,0044-CI      Acct #        Paid By CHECK 1244         Rct# 91628

### IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HARVEY SANDERS**                                                                 **PLAINTIFF**

**V.**                                                          CIVIL ACTION NO. 23,0044-CI

**WAL-MART STORES EAST, LP**
**D/B/A WAL-MART STORE 708,**
**and JOHN DOES 1-3**                                                              **DEFENDANT**

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF WARREN**

TO:   Wal-Mart Stores East LP
      through its registered agent, CT Corporation System of Mississippi
      645 Lakeland East Drive, Suite 101
      Flowood, MS 39232

### NOTICE TO DEFENDANT

**THE COMPLAINT OR PETITION, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the complaint or petition to Derek L. Hall, Derek L. Hall, PLLC, the attorney for the Plaintiff, whose address is 370 Towne Center Blvd. Ridgeland, MS 39157.  Your Answer must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or petition, or a judgment by default will be entered against you for the money or other things demanded in the complaint or petition.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 12 day of April 2023.

Derek L. Hall (MSB# 10194)
Toby Gammill (MSB# 100367)                     Warren County Circuit Court Clerk
DEREK L. HALL, PC
370 Towne Center Blvd.                         By _____ D.C.
Ridgeland, Mississippi 39157
Telephone: (601) 202-2222
Facsimile: (601) 981-4717
Email: derek@dlhattorneys.com
Email: toby@dlhattorneys.com
*Attorneys for Plaintiff*

IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

**HARVEY SANDERS**  **PLAINTIFF**

**V.** CIVIL ACTION NO. 23,0044-CI

**WAL-MART STORES EAST, LP**
**D/B/A WAL-MART STORE 708,**
**and JOHN DOES 1-3** **DEFENDANT**

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF WARREN**

TO: Wal-Mart Stores East LP
through its registered agent, CT Corporation System of Mississippi
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

**NOTICE TO DEFENDANT**

**THE COMPLAINT OR PETITION, WHICH IS ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the complaint or petition to Derek L. Hall, Derek L. Hall, PLLC, the attorney for the Plaintiff, whose address is 370 Towne Center Blvd. Ridgeland, MS 39157. Your Answer must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or petition, or a judgment by default will be entered against you for the money or other things demanded in the complaint or petition.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 12 day of April, 2023.

Derek L. Hall (MSB# 10194)
Toby Gammill (MSB# 100367)
DEREK L. HALL, PC
370 Towne Center Blvd.
Ridgeland, Mississippi 39157
Telephone: (601) 202-2222
Facsimile: (601) 981-4717
Email: derek@dlhattorneys.com
Email: toby@dlhattorneys.com
*Attorneys for Plaintiff*

Warren County Circuit Court Clerk

By _____ D.C.

## PROOF OF SERVICE - SUMMONS

(Process Server)

_____Wal-mart Stores East LP_____

__X__ PERSONAL SERVICE. I personally delivered copies to __Matt Thibodeaux__ on the __13__ day of __April__ 20__23__ where I found said person(s) in __Rankin__ County of the State of __MS__.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person with _____ county, (state). I served the summons and complaint on the _____ day of _____ 20____, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the _____ day of _____ 20____, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by 1st class mail, postage prepaid), on the date and stated in the attached Notice, acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____ CERTIFIED MAIL SERVICE. By mail to address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach singed return receipt or other evidence of actual delivery to the person served).

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service:    $:_____

Process serve must list below: [*Please print or type*]

Name __Greg S. Windham__

Social Security No. _____

Address: __P.O. Box 97665__
__Pearl, MS, 39288__

Telephone No.: __601-613-2328__

State of __MS__

County of __Rankin__

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named __Greg S. Windham__ who being first by me duly sworn state on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the __14__ day o9f __April__ 20__23__

_____
Notary Public    My Commission Expires:

*[Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 107702, BRADY BOWEN ANDERSON, Commission Expires, RANKIN COUNTY]*