```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

HARVEY SANDERS                                              PLAINTIFF

VS.                        CIVIL ACTION NO. NO: 3:23CV300-TSL-RPM

WALMART STORES EAST LP                                      DEFENDANT

<u>ORDER</u>

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 3rd day of May, 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE