IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HARVEY SANDERS                                                                                            PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:23-CV-00300-TSL-RPM

WAL-MART STORES EAST, LP
D/B/A WAL-MART STORE 708,
and JOHN DOES 1-3                                                                                    DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the ore tenus motion of Plaintiff, Harvey Sanders, through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Wal-Mart Stores East, LP d/b/a Wal-Mart Store 708, joins this motion, finds that the relief requested is well founded and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED, this the  16th  day of August , 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

s/Rajita Iyer Moss
Thomas M. Louis  (MSB #8484)
Rajita Iyer Moss (MSB #10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
Attorney for Defendants

s/ Megan E. Timbs
Megan E. Timbs (MSB #105331)
Derek L. Hall, PC
370 Towne Center Blvd.
Ridgeland, MS 39157
Attorney for Plaintiff